UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON LOOS, | CASE NO. C13-1003 MJP |
| Plaintiff, | ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION |
| v. | |
| FRANCHISE TAX BOARD, | |
| Defendant. | |

THIS MATTER comes before the Court on Plaintiff's Response (Dkt. No. 12) to the Court's prior Order to Show Cause (Dkt. No. 11). Having reviewed the Response and Plaintiff's proposed Second Amended Complaint (Dkt. No. 13), the Court hereby DISMISSES the case for lack of subject matter jurisdiction under 12(h)(3).

Although Plaintiff attempts to cure the Court's lack of diversity jurisdiction by arguing that the United States is a defendant, it is clear that Plaintiff's complaint concerns an agency of California rather than the United States. As such, the case belongs in California's courts.

The clerk is ordered to provide copies of this order to Plaintiff.

ORDER DISMISSING CASE FOR LACK OF
SUBJECT MATTER JURISDICTION- 1

1 | Dated this 27th day of November, 2013.

2

3 | Marsha J. Pechman
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING CASE FOR LACK OF
SUBJECT MATTER JURISDICTION- 2